```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 34748
   TYRONE BLAIR
   VENEASA BLAIR                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK

        Debtor
   SSN XXX-XX-7640    SSN XXX-XX-0968

------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 08/31/05 and confirmed on 01/19/06.

     2.  The case was dismissed after confirmation, 10/19/2007.

     3.  The Debtor paid a total of $  30015.00 .

     4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| LITTON LOAN SERVICING IN | CURRENT MORTG | .00 | .00 | .00 |
| LITTON LOAN SERVICING IN | MORTGAGE ARRE | 24111.87 | .00 | 24111.87 |
| FRANKLIN CREDIT MGMT COR | SECURED | .00 | .00 | .00 |
| FRANKLIN CREDIT MGMT COR | MORTGAGE ARRE | 3305.03 | .00 | 2681.23 |
| ALEXIAN BROTHERS MEDICAL | UNSECURED | NOT FILED | .00 | .00 |
| AMERICREDIT FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 911.32 | .00 | .00 |
| ASPIRE VISA | UNSECURED | 2197.71 | .00 | .00 |
| RUSH COPLEY MEDICAL CENT | UNSECURED | NOT FILED | .00 | .00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 27416.90 | .00 | 3109.03 | .00 | 30525.93 |
| PRINCIPAL PAID | 26793.10 | .00 | .00 | .00 | 26793.10 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 26793.10 | .00 | .00 | .00 | 26793.10 |

```
The Debtor's attorney, BRADLEY COVEY                 , was allowed $   2200.00
and was paid $   1306.00  direct and $    894.00  through the plan.

The Trustee received $   1122.90 .

Refunds to the Debtor totaled $    1205.00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 12/10/08                    /S/
```

GLENN STEARNS
CHAPTER 13 TRUSTEE

PAGE 2
CASE NO. 05 B 34748 TYRONE BLAIR & VENEASA BLAIR